APPLICANT  **LAKIM MINTRELL GUILD**              APPLICATION NO. **WR-82,609-01**


## APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS
## AFTER REMAND


### ACTION TAKEN


**DENIED WITHOUT WRITTEN ORDER ON FINDINGS OF TRIAL COURT WITHOUT HEARING.**

_(signature)_                                                6/3/15

JUDGE                                                        DATE